UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-20842-CIV-SINGHAL

RENZO BARBERI,

    Plaintiff,

vs.

VICKEY'S AUTOMOTIVE DEALERSHIP,
INC., and GIRALDILLA INVESTMENTS, INC.,

    Defendants.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** came before the Court on the Joint Stipulation for Dismissal with Prejudice filed by the parties. (DE [10]). The Court having reviewed the Stipulation for Dismissal and the docket, it is hereby

**ORDERED AND ADJUDGED** that this cause is **DISMISSED WITH PREJUDICE** with each party bearing its own attorneys' fees and costs other than those specified in the parties' Confidential Settlement Agreement. The Clerk of Court is directed to **CLOSE** this case and any pending motions are **DENIED AS MOOT**. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 8th day of April 2025.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies to counsel of record via CM/ECF